JOHN C. WOODROW *vs.* FITZ BROTHERS CO.

Androscoggin County.   Decided August 28, 1914.   No exceptions to the admission or exclusion of evidence or to any part of the charge of the presiding Justice are presented, and the parties do not disagree as to the principles of law which obtain in the case.   The verdict rests upon questions of pure fact and of such a nature as to be peculiarly within the province of the jury to finally decide.   We discover no error in the result reached by that branch of the Court.   Motion overruled.   *Oakes, Pulsifer & Ludden,* for plaintiff.   *John A. Morrill,* for defendant.

STATE *vs.* ALVIN S. GRAY.

Waldo County.   Decided September 1, 1914.   The respondent was tried and found guilty of keeping a liquor nuisance.   Thereupon he filed a motion in arrest of judgment which was overruled, and he now comes before the Law Court seeking to have that ruling reversed.   But he has presented to this Court no bill of exceptions of any kind as required by statute, and therefore, his case is not properly before the Law Court, and cannot be considered by it.   Dismissed from the law docket.   *Eben F. Littlefield,* County Attorney, for the State.   *H. C. Buzzell,* for the respondent.